IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| VERNA GREGG | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:23-cv-002270-ELH |
| SERGEANT ERIC STRAWDERMAN, *et al.* | * | |
| Defendants | * | |

* * * * * * * * * * * * *

**DEFENDANT'S MOTION IN LIMINE TO ENJOIN DEFENDANT FROM WEARING DRESS UNIFORM OR IN THE ALTERNATIVE TO REQUIRE DEFENDANT TO WEAR STANDARD BDU UNIFORM**

NOW COMES, Plaintiff, Verna Gregg, as personal representative of the Estate of Philmore Davis, respectfully moves this Honorable Court to enjoin the Defendant, Sergeant Eric Strawderman, from wearing his dress uniform at trial or, in the alternative, to require the Defendant to wear the standard BDU uniform that he wore on the day of the incident. In support of this Motion in Limine, Plaintiff states as follows:

1. Correctional officers employed by the Baltimore County Detention Center ("BCDC") are issued multiple uniforms for different purposes, including a standard duty uniform, commonly referred to as a Battle Dress Uniform ("BDU"), and a ceremonial or dress uniform worn for formal occasions.

2. At all times relevant to the events giving rise to this litigation, Defendant Strawderman was acting within the course and scope of his employment as a correctional officer and was wearing the standard BDU uniform on August 23, 2020.

3. Plaintiff anticipates that Defendant may appear at trial wearing a dress uniform consisting of a white-collared shirt depicting the BCDC insignia and decorated with

commendations, badges, and other clothing fixtures not present on the standard BDU uniform worn during the incident in question.

4. Permitting Defendant to wear a ceremonial dress uniform would risk subconsciously conveying to jurors that Defendant possesses enhanced credibility, honor, or trustworthiness based upon factors unrelated to the facts that are material to this case.

5. The appearance of Defendant in a ceremonial dress uniform would create a substantial risk of unfair prejudice by enhancing Defendant's stature and authority in the eyes of the jury beyond that which is relevant to the constitutional and excessive force issues to be decided.

6. Defendant's ceremonial appearance at trial has no tendency to make any fact of consequence more or less probable and therefore lacks relevance to any issue before the jury.

7. Even if this Court finds that Defendant’s presentation at trial in a ceremonial suit is marginally relevant to the issues to be decided, any such relevance is substantially outweighed by the danger of unfair prejudice by misleading the jury and improperly invoking sympathy or authoritarian deference toward Defendant because of his official position.

8. It is within the discretion of this Court to regulate courtroom proceedings by issuing orders limiting the attire of parties and witnesses to ensure a fair trial and to prevent prejudicial outfits from influencing the jury.

9. If Defendant is permitted to appear in uniform at all, in the interest of fairness, Defendant should be limited to wearing the standard BDU uniform, to include utility belt, handcuffs, and tactical gloves, which more accurately reflects the circumstances under which the events occurred.

10. Requiring Defendant either to appear in civilian attire or, alternatively, in the standard BDU uniform would eliminate or substantially reduce the risk of undue prejudice.

WHEREFORE, it is respectfully requested that this Honorable Court hold a hearing on the issue of whether Defendant Strawderman should be permitted to attend trial wearing a ceremonial dress uniform or, in the alternative, to require the Defendant to wear the standard BDU uniform that he wore on the day of the incident.

Respectfully submitted,

IAMELE & IAMELE, LLP

/s/ Domenic R. Iamele

Domenic R. Iamele, Federal Bar No. 00878
201 North Charles Street, Suite 1802
Baltimore, Maryland 21201
410-779-6160 (Telephone)
410-779-6161 (Facsimile)
diamele@iamelelaw.com
*Counsel for Plaintiff*

**REQUEST FOR HEARING**

Plaintiff Verna Gregg, as personal representative of the Estate of Philmore Roy Davis, respectfully requests a hearing on this Motion in Limine.

/s/ Domenic R. Iamele

Domenic R. Iamele, Federal Bar No. 00878

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **22nd** day of **June 2026** a copy of the foregoing Motion in Limine was served electronically via ECF and/or sent by first class postage pre-paid mail to the following:

Joseph D. Allen, Assistant County Attorney
Baltimore County Office of Law
305 Washington Avenue, Suite 200
Towson, MD 21204
jallen@baltimorecountymd.gov

/s/ Domenic R. Iamele
Domenic R. Iamele, Federal Bar No. 00878